26 F.3d 122
 Menna (Francis)
v.
Papadakos (Honorable Nicholas P.), Cappy (Hon. Ralph J.),
Nix (Hon. Robert N.C., Jr.), Flaherty (Hon. John P.),
Montemuro (Hon. Frank), Zappala (Stephen A.), Larsen (Hon.
Rolf), Justices of Supreme Court of Pennsylvania, Diaz (Hon.
Nelson A.), Judge of Court of Common Pleas of Philadelphia
County, Bonavitacola (Alex), Administrative Judge of Court
of Common Pleas of Philadelphia County, City of
Philadelphia, Adult Probaton Dept. of Phil. County,
 NO. 93-1959
 United States Court of Appeals,
Third Circuit.
 Apr 20, 1994
 
 Appeal From: E.D.Pa.,
 Bartle, J.
 
 
 1
 AFFIRMED.